# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLIFFORD GATELY, )<br> )<br>    Plaintiff )<br> )<br> v. )<br> )<br>CONVERGENT OUTSOURCING, )<br>INC., )<br> )<br>    Defendant ) | Civil Action No.: 1:15-cv-12819 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: October 22, 2015     BY:   */s/ Craig Thor Kimmel*_____
                                          CRAIG THOR KIMMEL
                                          Kimmel & Silverman, P.C
                                          30 East Butler Pike
                                          Ambler, PA 19002
                                          Phone: (215) 540-8888
                                          Facsimile: (215) 540-8817
                                          Email: kimmel@creditlaw.com
                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Convergent Outsourcing, Inc. by mail on October 22, 2015.

*/s/ Craig Thor Kimmel*
CRAIG THOR KIMMEL